IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC., and DAISY CONSTRUCTION COMPANY, | ) ) ) ) ) | C.A. No.: 05-880 (KAJ) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WALPAR, INC. | ) ) | |
| Defendant | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the plaintiffs and defendant in the above captioned matter that the defendant may have until March 17, 2006 to answer or otherwise plead in this matter.

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | STRADLEY, RONON, STEVENS & YOUNG, LLP |
| /s/ Gary W. Aber | /s/ Maryanne T. Donaghy |
| GARY W. ABER (DSB #754) | MARYANNE T. DONAGHY (DSB# 4213) |
| 702 King Street, Suite 600 | 300 Delaware Avenue, Suite 800 |
| P.O. Box 1675 | P.O. Box 2170 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| 302-472-4900 | 302-576-5850 |
| Attorney for Defendant | Attorney for Plaintiffs |

**SO ORDERED**, this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan