# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

May 3, 2006

Maryanne T. Donaghy, Esq.
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue - #800
Wilmington, DE  19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
702 King Street - #600
Wilmington, DE  19801

Edward Seglias, Esq.
Cohen, Seglias, Pallas, Greenhall &
    Furman, PC
1007 Orange Street, Suite 205
Wilmington, DE 19801

    Re:   St. Paul Travelers Companies, Inc., et al.
           v. Walpar, Inc.
           <u>Civil Action No. 05-880-KAJ</u>

Dear Counsel:

    Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

                                     Very truly yours,

                                       Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court