## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, hereby certify that on this 24th day of May, 2006, a true

and correct copy of Plaintiff, Daisy Construction Company's foregoing Third-Party Complaint

was served upon the following electronically:

Gary W. Aber
ABER, GOLDLUST, BAKER & OVER
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19889

Maryanne T. Donaghy
STRADLEY, RONON, STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19801

COHEN, SEGLIAS, PALLAS, GREENHALL &
FURMAN, P.C.

Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Suite 1130, Nemours Bldg.
(302) 425-5089
rbeste@cohenseglias.com

Attorneys for Third-Party Plaintiff
Daisy Construction Company

5696-019
5696-026