AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

PLAINTIFF

St. Paul Travelers Companies, Inc. and Daisy Construction Company,

V. DEFENDANT

Walpar, Inc.

and

Third-Party Plaintiff,

Daisy Construction Company,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 05-880 KAJ

V. THIRD PARTY DEFENDANT

Specialty Service Contractors, Inc.

To: Name and address of Third Party Defendant

Specialty Service Contractors, Inc.
215 Cockeysville Rd.
Cockeysville, MD  21236

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Edward Seglias, Esq.
Robert K. Beste, Jr., Esq.
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange St., Nemours Bldg., Ste. 1130
Wilmington, DE 19801

DEFENDANT'S ATTORNEY:
(name and address)

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
702 King St., Ste. 600
P. O. Box 1675
Wilmington, DE  19899-1675

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

_Evette Watson_ (signature)
(By) DEPUTY CLERK

JUN 0 1 2006
DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6/2/06 @ 4:24PM |
|---|---|
| NAME OF SERVER Robert DeLacy | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Secretary of State, Harriet Smith Windsor.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/2/06
           Date               *Signature of Server*

3 ORCHARD LANE
WILMINGTON, DE 19899

*Address of Server*

2006 JUN -2 PM 4:24
RECEIVED
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.