## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) C.A. NO. 05-880 (KAJ) |
| WALPAR, INC., | ) |
| Defendant. | ) |
| AND | ) |
| DAISY CONSTRUCTION COMPANY, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| SPECIALTY SERVICE CONTRACTORS, INC., | ) |
| Third-Party Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Daisy Construction Company ("Daisy") and Specialty Service Contractors, Inc. ("Specialty Service"), subject to the approval of the Court, that Specialty Service shall have an extension of time to and including July 24, 2006 to move, answer or otherwise respond to Daisy's Third Party Complaint.

| | |
|---|---|
| **Cohen, Seglias, Pallas, Greenhall & Furman, P.C.** | **Connolly Bove Lodge & Hutz LLP** |
|   |   |
|  /s/ *Robert K. Beste, Jr.*  |   /s/ *James D. Heisman*  |
| Robert K. Beste, Jr., Esquire (# 3931) | James D. Heisman (# 2746) |
| 1007 N. Orange Street | 1007 N. Orange Street |
| Suite 1130 | P. O. Box 2207 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| *Attorneys for Daisy Construction Co.* | *Attorneys for Specialty Service Contractors, Inc.* |
| | |
| Dated:  June 13, 2006 | Dated:  June 13, 2006 |

 

**SO ORDERED this _____ day of June, 2006.**

_____
United States District Court Judge