IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL TRAVELERS COMPANIES, INC. :
:
and :
:
DAISY CONSTRUCTION COMPANY, :
:
              Plaintiffs, : CASE NO. 05-880 (KAJ)
   v. :
:
WALPAR, INC., :
:
              Defendant, :
:
AND :
:
DAISY CONSTRUCTION COMPANY, :
:
              Third-Party Plaintiff, :
   v. :
:
SPECIALTY SERVICE CONTRACTORS, :
INC., :
:
              Third-Party Defendant. :

### AFFIDAVIT OF ROBERT K. BESTE, JR AND AMENDMENT TO COMPLAINT

      Being first duly sworn according to law, Robert K. Beste, Jr., Esquire does hereby depose and state as follows:

      1.      That he is the attorney for the Plaintiff in the captioned action.

      2.      That Defendant Specialty Service Contractors, Inc. is a non-resident of the State of Delaware.

      3.      That the Summons and Complaint directed to Defendant Specialty Service

Contractors, Inc. was served upon the Secretary of State pursuant to 10 Del.C. §3104 on June 2, 2006.

4. That the executed Return of Service was filed with the Court on June 7, 2006.

5. That by letter dated June 8, 2006 sent by Registered Mail, Return Receipt requested, a copy of the Summons and Complaint was sent to Defendant Specialty Service Contractors, Inc., which letter and enclosures constituted Notice to Defendant of the initiation of this action, as required by 10 Del.C. §3104. A copy of the letter dated June 8, 2006, containing such notice is attached hereto as Exhibit "A."

6. That attached hereto as Exhibit "B" is a copy of the return receipt obtained at the time that Exhibit "A" was mailed at the post office.

7. That attached hereto as Exhibit "C" is a copy of return receipt from delivery of the Registered letter and attachments directed to Defendant Specialty Services Contractors, Inc., which was received in the offices of your Affiant on June 12, 2006.

Robert K. Beste, Jr., Esq. (I.D. No. 154)

Sworn to and subscribed before me this 13th day of June 2006.

Notarial Officer/Notary Public

MEREDITH S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2008

RKB/msj
05696-019
05696-026