# EXHIBIT "A"



**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Eric J. Monzo
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801
T: 302.425.5089 | F: 302.425.5097
emonzo@cohenseglias.com
www.cohenseglias.com

June 8, 2006

**REGISTERED MAIL**

Specialty Service Contractors, Inc.
215 Cockeysville Rd.
Cockeysville, MD 21236

  RE: **St. Paul Travelers Companies, Inc. and Daisy Construction Company vs. Walpar, Inc., Daisy Construction Company vs. Specialty Service Contractors, Inc. Case No. 05-880-KAJ**
    <u>(U. S. District Ct. – District of Delaware)</u>

Dear Sir/Madam:

This office represents Daisy Construction Company.

Enclosed please find a copy of the Summons and Third-Party Complaint filed in the above-referenced matter.

The original of such process was has been made upon the Secretary of State. Under 10 Del C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

Very truly yours,

ERIC J. MONZO

EJM/msj
Enclosures
cc: Maryanne T. Donaghy, Esq. (w/out encls.)
   Gary W. Aber, Esq. (w/out encls.)
05696-0026