**EXHIBIT "B"**



Registered No. RA 016 123 152 US

Reg. Fee 7.90
Handling Charge
Return Receipt 1.85
Postage 4.83
Restricted Delivery
Received by Ren

Date Stamp — JUN 13 2006 — Rodney Sq Sta Wilmington

Customer Must Declare Full Value $

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.
Nemours Building
1007 Orange Street, Suite 1130
Wilmington, DE 19801

TO: Specialty Service Contractors, Inc.
215 Cockeysville Rd.
Cockeysville, MD 21236

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®