# EXHIBIT "C"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Specialty Service Contracting, Inc.
   215 Cockeysville Rd.
   Cockeysville, MD 21736
   21030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name):  C. Date of Delivery: 6/9/05
   L. Howell

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: RA 0161231552US
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE
BALTIMORE MD

09 JUN 2006 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
JUN 1 2 2006

COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.
Nemours Building
1007 Orange Street, Suite 1130
Wilmington, DE 19801

ATTN: ERIC MOURA, ESQ.

(Delivery)