

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 I F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

June 22, 2006

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 N. King Street
Lock Box 10
Wilmington, D E 19801

      RE:    **St. Paul Travelers Companies, Inc., and Daisy Construction Company vs. Walpar, Inc. - Case No. 05-880-KAJ**

Dear Judge Jordan:

      Enclosed please find a proposed Scheduling Order, in the above-referenced matter, which is scheduled for a telephonic scheduling conference with Your Honor, on July 6, 2006, at 4:00 p.m. This form of Order has been approved by all current counsel of record.

      As we discussed with Your Honor's office by teleconference, Defendant Daisy Construction Company, who this office represents, filed a Third Party Complaint on May 31, 2006, against Specialty Services, Inc. Service of process will be made upon the Secretary of State, pursuant to 10 Del. C. §3104, and a response will not be due as of the July 6, 2006 teleconference. We do understand that James D. Heisman, Esquire will represent Specialty Services, Inc., and he has been notified regarding the teleconference.

      Respectfully Submitted,

ROBERT K. BESTE, JR.

RKB/msj
Enclosure
cc:    Maryanne T. Donaghy, Esquire (w/ encl.)
         Gary W. Aber, Esquire (w/ encl.)
         James D. Heisman, Esq. (w/ encl.)
         Daisy Construction Company

05696-0026