**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

James D. Heisman
Partner
Tel 658-9141
Fax 252-4209
Email jheisman@cblh.com
Reply to Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

June 23, 2006

*Via CM/ECF & Hand-Delivery*
The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

RE:   *St. Paul Travelers Companies, Inc., et al. v. Walpar, Inc. and Daisy Construction Co. v. Specialty Service Contractors, Inc.*
      *C.A. No. 05-880 (KAJ)*

Dear Judge Jordan:

I write to clarify statements made in Mr. Beste's letter to Your Honor dated June 22, 2006. Mr. Beste's statement that the "Order has been approved by all current counsel of record" does not refer to me. In fact, I had not seen the proposed scheduling order until it was served via CM/ECF. As Your Honor is aware, my client, Specialty Service Contractors, Inc., was just recently served and its responsive pleading is due July 24, 2006. Accordingly, in the absence of the agreement of counsel, I will be prepared to present my client's position with respect to the issues to be addressed in the scheduling order during the July 6, 2006 teleconference.

Respectfully,

James D. Heisman

xc:   Kevin W. Goldstein, Esq. (via CM/ECF)
      Robert K. Beste, Jr., Esq. (via CM/ECF)
      Gary W. Aber, Esq. (via CM/ECF)
      Specialty Service Contractors, Inc. (via U.S. mail)
      472454/14390*1