**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

July 21, 2006

**BY ELECTRONIC FILING AND BY HAND**
The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 N. King Street
Lock Box 10
Wilmington, D E 19801

RE:   **St. Paul Travelers Companies, Inc., and Daisy Construction Company vs. Walpar, Inc. - Case No. 05-880-KAJ**

Dear Judge Jordan:

I am filing herewith a Scheduling Order, which I believe complies with the directions from Your Honor at the time of the scheduling teleconference on July 6, 2006.

This office and counsel for St. Paul Travelers Companies, Inc. and Walpar, Inc. have indicated their approval of the form and substance of the enclosed Scheduling Order. Although the Order is believed to comply with the directions from Your Honor at the time of the scheduling teleconference, subsequent to the teleconference, counsel for Specialty Service Contractors, Inc. objected to the form of Order, asserting more time should be allocated to them at trial. However, since the Scheduling Order filed with the Court reflects those directions from the Court, I thought it appropriate to file the attached form of Scheduling Order at this time.

Respectfully Submitted,

ROBERT K. BESTE, JR.

RKB/msj
Enclosure
cc:   Scott G. Wilcox, Esq. (w/ encl.)
William T. Mandia, Esq. (w/ encl.)
Gary W. Aber, Esq. (w/ encl.)
Daisy Construction Company (w/ encl.)

05696-0026