IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. <br><br> and <br><br> DAISY CONSTRUCTION COMPANY, <br><br>            Plaintiffs, <br> v. <br><br> WALPAR, INC., <br><br>            Defendant, <br><br> AND <br><br> DAISY CONSTRUCTION COMPANY, <br><br>            Third-Party Plaintiff, <br> v. <br><br> SPECIALTY SERVICE CONTRACTORS, INC., <br><br>            Third-Party Defendant. | CASE NO. 05-880 (KAJ) |

## NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify, that on this 27th day of July, 2006, the "Initial Disclosures of Daisy Construction Company Pursuant to Rule 26(a)(1)" were serviced upon the parties identified below in the manner indicated:

Kevin W. Goldstein, Esq.
Maryanne T. Donaghy, Esq.
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 19801
Wilmington, DE 19899
Attorneys for St. Paul Travelers
Companies, Inc.
(via first class mail)

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
Attorneys for Walpar, Inc.
(via first class mail)

James D. Heisman, Esq.
Scott G. Wilcox, Esq.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Attorneys for Specialty Service
Contractors, Inc.
(via first class mail)

**COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

Edward Seglias, Esq. (I.D. No. 2822)
Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street, Suite 1130, Nemours Bldg.
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff/Third-Party Plaintiff
Daisy Construction Company