### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. NO. 05-880 (KAJ) |
| WALPAR, INC., ) ) | |
| Defendant. ) ) | |
| AND ) ) | |
| DAISY CONSTRUCTION COMPANY, ) ) | |
| Third-Party Plaintiff, ) ) | |
| v. ) ) | |
| SPECIALTY SERVICE CONTRACTORS, INC., ) ) ) ) | |
| Third-Party Defendant. ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on the 28th day of July, 2006, I served a true and correct copy of **Specialty Service Contractors, Inc.'s Initial Disclosures** upon the below-listed counsel of record via hand-delivery:

| | |
|---|---|
| Kevin W. Goldstein, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>300 Delaware Avenue<br>Suite 800<br>Wilmington, DE 19801 | Edward Seglias, Esq.<br>Robert K. Beste, Jr., Esq.<br>Cohen Seglias Pallas Greenhill & Furman, PC<br>1007 N. Orange Street<br>Suite 1130<br>Wilmington, DE 19801 |

| | |
|---|---|
| Gary W. Aber, Esq.<br>Aber, Goldlust, Baker & Over<br>First Federal Plaza, Suite 600<br>P. O. Box 1675<br>Wilmington, DE 19899 | |

                                                **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                */s/ Scott G. Wilcox*
                                                James D. Heisman (# 2746)
                                                Scott G. Wilcox (# 3882)
                                                1007 N. Orange Street
                                                P. O. Box 2207
                                                Wilmington, DE 19899
                                                (302) 658-9141
                                                *Attorneys for Specialty Service Contractors, Inc.*

Dated:  July 28, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman hereby certify that on this 28th day of July, 2006, I caused a true and correct copy of the foregoing **Notice of Service** to be delivered to the following individuals via CM/ECF and hand-delivery:

| | |
|---|---|
| Kevin W. Goldstein, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>300 Delaware Avenue<br>Suite 800<br>Wilmington, DE 19801 | Edward Seglias, Esq.<br>Robert K. Beste, Jr., Esq.<br>Cohen Seglias Pallas Greenhill & Furman, PC<br>1007 N. Orange Street<br>Suite 1130<br>Wilmington, DE 19801 |
| Gary W. Aber, Esq.<br>Aber, Goldlust, Baker & Over<br>First Federal Plaza, Suite 600<br>P. O. Box 1675<br>Wilmington, DE 19899 | |

          */s/ Scott G. Wilcox*
          Scott G. Wilcox (# 3882)