# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. : | |
| : | |
| and : | |
| : | |
| DAISY CONSTRUCTION COMPANY : | |
| : | CIVIL ACTION NO. 05-880 (KAJ) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| WALPAR, INC. : | |
| : | |
| Defendant. : | |
| : | |
| v. : | |
| : | |
| SPECIALTY CONTRACTORS, INC. : | |
| : | |
| Third-Party Defendant/ : | |
| Third-Party Plaintiff : | |

**NOTICE OF SERVICE OF DISCLOSURES OF PLAINTIFF,
<u>ST. PAUL TRAVELERS COMPANIES, INC. PURSUANT TO FED.R.CIV.P.26(a)(1)</u>**

Plaintiff, St. Paul Travelers Companies, Inc. (hereafter "Travelers"), through its undersigned counsel, files this Notice of Service pursuant to D.Del.LR 5.4(a) and certifies that a copy of Traveler's Disclosures Pursuant to Fed.R.Civ.P.26(a)(1) was served via first class U.S. Mail upon the below listed counsel of record, on July 31, 2006 as follows:

| | |
|---|---|
| Edward Seglias, Esquire | Scott G. Wilcox, Esquire |
| Robert K. Beste, Jr., Esquire | Connolly Bove Lodge & Hutz, LLP |
| 1007 Orange Street, Suite 1130, Nemours Bldg. | The Nemours Building |
| | 1007 North Orange Street |
| Wilmington, DE 19801 | P.O. Box 2207 |
| | Wilmington, DE 19899 |

Gary W. Aber, Esquire
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

By: /s/ Maryanne T. Donaghy
STRADLEY, RONON, STEVENS & YOUNG, LLP

Kevin W. Goldstein
Maryanne T. Donaghy
Delaware Bar ID No. 4213
STRADLEY, RONON, STEVENS
& YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5850
(302) 576-5858 Fax

2

# CERTIFICATE OF SERVICE

I, Maryanne T. Donaghy, hereby certify that on August 1, 2006, I caused a copy of the foregoing Notice of Service of Plaintiff, St. Paul Travelers Companies, Inc., to be served electronically, upon the following:

>Edward Seglias, Esquire
>Robert K. Beste, Jr., Esquire
>1007 Orange Street, Suite 1130, Nemours Bldg.
>Wilmington, DE 19801
>
>Attorneys for Plaintiff/Third-Party Plaintiff
>Daisy Construction Company
>
>Gary W. Aber, Esquire
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899
>
>Attorney for Defendant, Walpar, Inc.
>
>Scott G. Wilcox, Esquire
>Connolly Bove Lodge & Hutz, LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>
>Attorneys for Third-Party Defendant/Third Party Plaintiff,
>Specialty Services Contractors, Inc.

   /s/ Maryanne T. Donaghy
   Maryanne T. Donaghy

L # 487310 v.1