IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. And DAISY CONSTRUCTION COMPANY, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION NO. 05-880 (KAJ) |
| WALPAR, INC., | : : : | |
| Defendant, | : : | |
| and | : : : | |
| DAISY CONSTRUCTION COMPANY, | : : | |
| Third-Party Plaintiff, | : : : | |
| v. | : : : | |
| SPECIALTY SERVICE CONTRACTORS, INC., | : : : | |
| Third-Party Defendant. | : | |

**STIPULATION AND ORDER**

It is hereby STIPULATED AND AGREED by and between counsel for Specialty Service Contractors, Inc. ("Specialty") and St. Paul Travelers Companies, Inc. ("St. Paul"), subject to the approval of the Court, that St. Paul shall have an extension of time until August 31, 2006, to move, answer, or otherwise respond to Specialty's Third Party Complaint.

# 490867 v. 1

_____
James D. Heisman, Esquire
Scott G. Wilcox, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Attorneys for Third-Party Defendant/Third
Party Plaintiff,
Specialty Services Contractors, Inc.

_____
Kevin W. Goldstein, Esquire
Maryanne T. Donaghy, Esquire
STRADLEY, RONON, STEVENS &
YOUNG, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19801
(302) 576-5850

Attorneys for Plaintiff,
St. Paul Travelers Companies, Inc.

SO ORDERED this _____ day of August, 2006

_____
**United States District Judge**

# 490867 v. 1