**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ST. PAUL TRAVELERS COMPANIES,     )
INC. and DAISY CONSTRUCTION       )
COMPANY,                          )
                                  )
        Plaintiffs,            )
                                  )
    v.                     )     C.A. NO. 05-880 (KAJ)
                                  )
WALPAR, INC.,                     )
                                  )
        Defendant.             )
                                  )
    AND                    )
                                  )
DAISY CONSTRUCTION COMPANY,       )
                                  )
        Third-Party Plaintiff, )
                                  )
    v.                     )
                                  )
SPECIALTY SERVICE CONTRACTORS,    )
INC.,                             )
                                  )
        Third-Party Defendant.  )

## NOTICE OF SERVICE

    I, James D. Heisman, Esquire, hereby certify that on this 22nd day of September, 2006, I served a true and correct copy of **Specialty Service Contractors, Inc.'s First Request for Production of Documents to Daisy Construction Company** upon the below-listed counsel of record via hand-delivery:

Kevin W. Goldstein, Esq.                Edward Seglias, Esq.
Stradley Ronon Stevens & Young, LLP     Robert K. Beste, Jr., Esq.
300 Delaware Avenue                     Cohen Seglias Pallas Greenhill & Furman, PC
Suite 800                               1007 N. Orange Street
Wilmington, DE 19801                    Suite 1130
                                        Wilmington, DE 19801
Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

Dated:  September 22, 2006

**CONNOLLY BOVE LODGE & HUTZ LLP**


_____*/s/ James D. Heisman*_____
James D. Heisman (# 2746)
Scott G. Wilcox (# 3882)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Specialty Service Contractors,*
*Inc.*

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 22nd day of September, 2006, I caused a true and correct copy of the foregoing **Notice of Service of Specialty Service Contractors, Inc.'s First Request for Production of Documents to Daisy Construction Company** to be served upon the following individuals via electronic filing:

Kevin W. Goldstein, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

Edward Seglias, Esq.
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhill & Furman, PC
1007 N. Orange Street
Suite 1130
Wilmington, DE 19801

*/s/ James D. Heisman*
James D. Heisman (# 2746)