# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY,<br><br>   Plaintiffs,<br><br>  v.<br><br>WALPAR, INC.,<br><br>   Defendant.<br><br>AND<br><br>DAISY CONSTRUCTION COMPANY,<br><br>   Third-Party Plaintiff,<br><br>  v.<br><br>SPECIALTY SERVICE CONTRACTORS, INC.,<br><br>   Third-Party Defendant. | C.A. NO. 05-880 (KAJ) |

## NOTICE OF SERVICE

  I, James D. Heisman, hereby certify that on this 19th day of October, 2006, I caused a true and correct copy of Specialty Service Contractors, Inc.'s First Set of Interrogatories Directed to Daisy Construction Company to be served upon the below-listed counsel of record via hand-delivery:

Kevin W. Goldstein, Esq.  
Stradley Ronon Stevens & Young, LLP  
300 Delaware Avenue  
Suite 800  
Wilmington, DE 19801  

Edward Seglias, Esq.  
Robert K. Beste, Jr., Esq.  
Cohen Seglias Pallas Greenhill & Furman, PC  
1007 N. Orange Street  
Suite 1130  
Wilmington, DE 19801

- 2 -

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

                                  **CONNOLLY BOVE LODGE & HUTZ LLP**

                                  ___*/s/ James D. Heisman*___
                                  James D. Heisman (# 2746)
                                  Scott G. Wilcox (# 3882)
                                  1007 N. Orange Street
                                  P. O. Box 2207
                                  Wilmington, DE 19899
                                  (302) 658-9141
                                  *Attorneys for Specialty Service Contractors, Inc.*

Dated: October 19, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 19th day of October, 2006, I caused a true and correct copy of the foregoing **Notice of Service of Specialty Service Contractors, Inc.'s First Set of Interrogatories to Daisy Construction Company** to be served upon the following individuals via electronic filing:

Kevin W. Goldstein, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

Edward Seglias, Esq.
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhill & Furman, PC
1007 N. Orange Street
Suite 1130
Wilmington, DE 19801

    */s/ James D. Heisman*
James D. Heisman (# 2746)