# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

ST. PAUL TRAVELERS COMPANIES,  :
INC. and DAISY CONSTRUCTION
COMPANY,                       :

        Plaintiffs,          :

           v.             :    Case No. 05-880 (KAJ)

WALPAR, INC.,                  :

        Defendant.           :

    -and-                      :

DAISY CONSTRUCTION COMPANY,    :

        Third-Party Plaintiff,  :

           v.             :

SPECIALTY SERVICE CONTRACTORS, :
INC.,                          :

        Third-Party Defendant.  :

    -and-                      :

SPECIALTY SERVICE CONTRACTORS, :
INC.,                          :
        Third-Party Plaintiff,  :

           v.             :

ST. PAUL TRAVELERS COMPANIES,  :
INC.                           :

        Third-Party Defendant.  :

## NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on the 30th day of November, 2006, "Daisy Construction Company's Answers to Specialty Service Contractors, Inc.'s Request for Production of Documents" were sent by First Class Mail to the following:

James D. Heisman, Esq.
Scott G. Wilcox, Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Kevin W. Goldstein, Esq.
Maryanne Theresa Donaghy, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite #600
P.O. Box 1675
Wilmington, DE 19899

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

Robert K. Beste, Jr., Esq. (I.D. No. 154)
1007 Orange Street
Nemours Building, Suite 1130
Wilmington, DE 19801
(302) 425-5089