**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   C.A. NO. 05-880 (KAJ)<br>) |
| WALPAR, INC., | )<br>) |
| Defendant. | )<br>) |
| AND | )<br>) |
| DAISY CONSTRUCTION COMPANY, | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| SPECIALTY SERVICE CONTRACTORS, INC., | )<br>)<br>) |
| Third-Party Defendant. | ) |

**NOTICE OF SERVICE**

    I, Scott G. Wilcox, Esquire, hereby certify that on this 8th day of December, 2006, I served a true and correct copy of **Specialty Service Contractors, Inc.'s Responses to Daisy Construction Company's Requests for Admissions, Interrogatories and Request for Production of Documents** upon the below-listed counsel of record via hand-delivery:

    Robert K. Beste, Jr., Esq.
    Cohen Seglias Pallas Greenhill & Furman, PC
    1007 N. Orange Street
    Suite 1130
    Wilmington, DE 19801

Dated: December 8, 2006　　　　　　　　　　**CONNOLLY BOVE LODGE & HUTZ LLP**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Scott G. Wilcox*
　　　　　　　　　　　　　　　　　　　　　　James D. Heisman (# 2746)
　　　　　　　　　　　　　　　　　　　　　　Scott G. Wilcox (# 3882)
　　　　　　　　　　　　　　　　　　　　　　1007 N. Orange Street
　　　　　　　　　　　　　　　　　　　　　　P. O. Box 2207
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　　(302) 658-9141
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Specialty Service Contractors, Inc.*

## **CERTIFICATE OF SERVICE**

I, Scott G. Wilcox, hereby certify that on this 8th day of December, 2006, I caused a true and correct copy of the foregoing **Notice of Service of Specialty Service Contractors, Inc.'s Responses to Daisy Construction Company's Requests for Admissions, Interrogatories and Request for Production of Documents** to be served upon the following individuals via electronic filing:

Kevin W. Goldstein, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

Edward Seglias, Esq.
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhill & Furman, PC
1007 N. Orange Street
Suite 1130
Wilmington, DE 19801

                                              */s/ Scott G. Wilcox*
                                              Scott G. Wilcox (# 3882)