**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. NO. 05-880 (KAJ) |
| WALPAR, INC., | ) ) | |
| Defendant. | ) ) | |
| AND | ) ) | |
| DAISY CONSTRUCTION COMPANY, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| SPECIALTY SERVICE CONTRACTORS, INC., | ) ) ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF SERVICE

I, James D. Heisman, Esquire, hereby certify that on this 21st day of December 2006, I served a true and correct copy of **Specialty Service Contractors, Inc.'s First Request for Production of Documents to Walpar, Inc.** upon the below-listed counsel of record via hand-delivery:

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

- 2 -

| | |
|---|---|
| Dated:  December 21, 2006 | **CONNOLLY BOVE LODGE & HUTZ LLP** |
| | |
| | */s/ James D. Heisman*<br>James D. Heisman (# 2746)<br>Scott G. Wilcox (# 3882)<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>*Attorneys for Specialty Service Contractors, Inc.* |

- 3 -

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 21st day of December, 2006, I caused a true and correct copy of the foregoing **Notice of Service of Specialty Service Contractors, Inc.'s First Request for Production of Documents to Walpar, Inc.** to be served upon the following individuals via electronic filing:

Kevin W. Goldstein, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

Edward Seglias, Esq.
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhill & Furman, PC
1007 N. Orange Street
Suite 1130
Wilmington, DE 19801

              */s/ James D. Heisman*
              James D. Heisman (# 2746)