IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY,<br><br>      Plaintiffs,<br><br>      v.<br><br>WALPAR, INC.,<br><br>      Defendant.<br><br>AND<br><br>DAISY CONSTRUCTION COMPANY,<br><br>      Third-Party Plaintiff,<br><br>      v.<br><br>SPECIALTY SERVICE CONTRACTORS, INC.,<br><br>      Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 05-880 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on December 28, 2006, Collinson, Inc., Route 100, Glenmoore, PA 19343, was served with the Subpoena as shown by the Proof of Service attached as Exhibit A.

                                                          CONNOLLY BOVE LODGE & HUTZ LLP

                                                          */s/ James D. Heisman*
                                                          James D. Heisman (# 2746)
                                                          Scott G. Wilcox (# 3882)
                                                           1007 North Orange Street
                                                           P.O. Box 2207
                                                          Wilmington, DE 19899
                                                          (302) 658-9141
                                                          *Attorneys for Specialty Service Contractors, Inc.*

Dated: December 28, 2006

**CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 28th day of December, 2006, I caused a true and correct copy of the foregoing **Notice of Service of Subpoena** to be served upon the following individuals via CM/ECF:

Kevin W. Goldstein, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

Edward Seglias, Esq.
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhill & Furman, PC
1007 N. Orange Street
Suite 1130
Wilmington, DE 19801

/s/ James D. Heisman
James D. Heisman (# 2746)