# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, : : : : : Plaintiffs, : : v. : : WALPAR, INC., : : Defendant. : : -and- : : DAISY CONSTRUCTION COMPANY, : : Third-Party Plaintiff, : : v. : : SPECIALTY SERVICE CONTRACTORS, : INC., : : Third-Party Defendant. : : -and- : : SPECIALTY SERVICE CONTRACTORS, : INC., : Third-Party Plaintiff, : : v. : : ST. PAUL TRAVELERS COMPANIES, : INC. : : Third-Party Defendant. : | Case No. 05-880 (***) |

## NOTICE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify that on this 19th day of January 2007, "Daisy Construction Company's Answers to Specialty Service Contractors, Inc.'s Requests for Admissions" were sent by hand delivery to the following:

James D. Heisman, Esq.
Scott G. Wilcox, Esq.
Connolly, Bove, Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

  /s/ Robert K. Beste, Jr.
Edward Seglias, Esquire Bar I.D. 2822
Robert K. Beste, Jr., Esquire, Bar I.D. 154
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE  19801
(302) 425-5089
Attorneys for Daisy Construction Company

DATED:     January 19, 2007
05696-019/34