IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC.<br><br>and<br><br>DAISY CONSTRUCTION COMPANY<br><br>     Plaintiffs,<br><br>  v.<br><br>WALPAR, INC.<br><br>     Defendant.<br><br>  v.<br><br>SPECIALTY CONTRACTORS, INC.<br><br>    Third-Party Defendant/<br>    Third-Party Plaintiff | CIVIL ACTION NO. 05-880 (KAJ) |

**SUBSTITUTION AND WITHDRAWAL OF ATTORNEY
PURSUANT TO D. DEL. LR 83.7**

Pursuant to D. Del. LR 83.7, kindly withdraw the appearance of Maryanne T. Donaghy, Esquire of Stradley, Ronon, Stevens & Young, LLP, as counsel for Plaintiff, St. Paul Travelers Companies, Inc., and substitute and enter my appearance instead.

            Respectfully Submitted,

            /s/ Michael P. Migliore, Esq.
            Michael P. Migliore, Esquire (No. 4331)
            Stradley Ronon Stevens & Young, LLP
            300 Delaware Ave., Suite 800
            Wilmington, DE 19801
            Telephone: (302) 576-5850
            Facsimile:  (302) 576-5858
            Superseding Attorney for Plaintiff St. Paul Travelers
            Companies, Inc.

<u>/s/ Maryanne T. Donaghy, Esq.</u>
Maryanne T. Donaghy, Esquire (Bar #4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Ave. Suite 800
Wilmington, DE 19801
(302) 576-5861

2

L # 533512 v.1

I hereby certify that a true and correct copy of the Substitution and Withdrawal of Attorney Pursuant to D. Del. LR 83.7 was electronically filed with the United States District Court for the District of Delaware via the Court's Electronic Case Filing (ECF) system and that this document is available thereon for viewing and downloading. I also hereby certify that by filing the aforementioned document electronically, it was served electronically upon all counsel of record this 2nd day of February, 2007, as follows:

>Edward Seglias, Esquire
>Robert K. Beste, Jr., Esquire
>1007 Orange Street, Suite 1130, Nemours Bldg.
>Wilmington, DE 19801
>
>Attorneys for Plaintiff/Third-Party Plaintiff
>Daisy Construction Company
>
>Gary W. Aber, Esquire
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899
>
>Attorney for Defendant, Walpar, Inc.
>
>Scott G. Wilcox, Esquire
>Connolly Bove Lodge & Hutz, LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899
>
>Attorneys for Third-Party Defendant/Third Party Plaintiff,
>Specialty Services Contractors, Inc.

>/s/ Michael P. Migliore, Esquire
>Michael P. Migliore, Esquire (Bar #4331)

L # 533512 v.1