IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, : : : : | |
| Plaintiffs, : : | |
| v. : | Civil Action No. 05-880-KAJ |
| WALPAR, INC., : : | |
| Defendant. : | |

## ORDER

At Wilmington this **5th** day of **February, 2007**,

IT IS ORDERED that the status teleconference scheduled for February 6, 2007 at 4:30 p.m. with Judge Jordan is canceled.

IT IS FURTHER ORDERED that a status teleconference has been scheduled for **Wednesday, February 21, 2007 at 3:00 p.m.** with Judge Thynge.  **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE