

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

February 6, 2007

**VIA ELECTRONIC FILING and BY HAND**

The Honorable Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street, Suite 6100
Wilmington, DE  19801

      Re:    **St. Paul Travelers Companies, Inc. and Daisy Construction Company v. Walpar, Inc. et al. - Case No. 05-880-***

Dear Judge Thynge:

    A teleconference is scheduled with Your Honor on February 21, 2007, at 3:00 pm, regarding the above-captioned matter. In anticipation thereof, counsel has agreed to the enclosed Amended Scheduling Order.

    The parties request an extension of Judge Jordan's July 24, 2006 Scheduling Order as it pertains to discovery. Currently, the mediation of this matter is scheduled for May 10, 2007 with Your Honor. Counsel for St. Paul Travelers Companies, Inc. and Daisy Construction Company request that Your Honor mediate this matter, of course, so long as your schedule permits.

    If you have any pressing questions or comments, the parties are available at your convenience to discuss this matter prior to the February 21, 2007 teleconference. Otherwise, I look forward to speaking with you during the teleconference.

                                    Very truly yours,

                                    /S/ ROBERT K. BESTE, JR., ESQUIRE

                                  Robert K. Beste, Jr.

Enclosure
:cbc

05696-026/30