IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. : <br> : <br> and : <br> : <br> DAISY CONSTRUCTION COMPANY : <br> : CIVIL ACTION NO. 05-880 <br> Plaintiffs, : <br> : <br> v. : <br> : <br> WALPAR, INC. : <br> : <br> Defendant, : <br> : <br> v. : <br> : <br> SPECIALTY CONTRACTORS, INC. : <br> : <br> Third-Party Defendant/ : <br> Third-Party Plaintiff. : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Patrick R. Kingsley and William T. Mandia to represent St. Paul Travelers Companies, Inc. in this matter.

*/s/ Kevin W. Goldstein*
Kevin W. Goldstein
Del. Bar ID No. 2967
STRADLEY, RONON, STEVENS &
   YOUNG, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19801
(302) 576-5850

Attorneys for St. Paul
   Travelers Companies, Inc.