IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. : <br> : <br> and : <br> : <br> DAISY CONSTRUCTION COMPANY : <br> : CIVIL ACTION NO. 05-880 <br> Plaintiffs, : <br> : <br> v. : <br> : <br> WALPAR, INC. : <br> : <br> Defendant, : <br> : <br> v. : <br> : <br> SPECIALTY CONTRACTORS, INC. : <br> : <br> Third-Party Defendant/ : <br> Third-Party Plaintiff. : | |

## ORDER

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice for Patrick R. Kingsley and William T. Mandia is GRANTED.

Date:_____         _____
                            United States District Judge