IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. : | |
| and : | |
| DAISY CONSTRUCTION COMPANY : | CIVIL ACTION NO. 05-880 |
| Plaintiffs, : | |
| v. : | |
| WALPAR, INC. : | |
| Defendant, : | |
| v. : | |
| SPECIALTY CONTRACTORS, INC. : | |
| Third-Party Defendant/ : Third-Party Plaintiff. : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 2/13/07

William T. Mandia
STRADLEY, RONON, STEVENS &
YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8000