**CERTIFICATE OF SERVICE**

I, Mary Jane Ruddy, hereby certify that on February _13_ , 2007, I caused a copy

of the foregoing Motion for Admission Pro Hac Vice of Plaintiff, St. Paul Travelers Companies,

Inc., to be served upon the following via U.S. mail:

Edward Seglias, Esquire
Robert K. Beste, Jr., Esquire
1007 Orange Street, Suite 1130, Nemours Bldg.
Wilmington, DE 19801

Attorneys for Plaintiff/Third-Party Plaintiff
Daisy Construction Company

Gary W. Aber, Esquire
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

Attorney for Defendant, Walpar, Inc.

Scott G. Wilcox, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Attorneys for Third-Party Defendant/Third Party Plaintiff,
Specialty Services Contractors, Inc.

_Mary Jane Ruddy_
Mary Jane Ruddy