# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, | : : : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-880-*** |
| | : | |
| WALPAR, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **28**[th] day of **February, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, May 10, 2007 at 10:00 a.m. has been rescheduled to **Thursday, April 26, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, April 16, 2007.**  All other provisions of the Court's October 5, 2006 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE