# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-880-*** |
| WALPAR, INC., | : : | |
| Defendant. | : | |

## <u>ORDER</u>

At Wilmington this **28**th day of **February, 2007**,

As a result of the teleconference of February 21, 2007,

IT IS ORDERED that the matter is stayed and the Scheduling Order (DI 16) is suspended until after mediation presently scheduled for April 26, 2007.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE