IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WALPAR, INC., | ) ) ) |
| Defendant. | ) ) |
| AND | ) ) |
| DAISY CONSTRUCTION COMPANY, | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| SPECIALTY SERVICE CONTRACTORS, INC., | ) ) ) ) |
| Third-Party Defendant. | ) |

Civil Action No. 05-880

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Scott G. Wilcox hereby withdraws as counsel for Third-Party Defendant Specialty Service Contractors, Inc. in the above-captioned civil action. The law firm of CONNOLLY BOVE LODGE & HUTZ LLP and James D. Heisman will remain as counsel for Third Party Defendant, Specialty Service Contractors, Inc.

474986

                                            **CONNOLLY BOVE LODGE & HUTZ LLP**

                                            ____*/s/ Scott G. Wilcox*____

                                            Scott G. Wilcox (# 3882)
                                            1007 N. Orange Street
                                            P. O. Box 2207
                                            Wilmington, DE 19899
                                            (302) 658-9141
                                            *Attorneys for Specialty Service Contractors, Inc.*

Dated: March 15, 2007

## CERTIFICATE OF SERVICE

I, Scott G. Wilcox, hereby certify that on March 15, 2007, a true and correct copy of the foregoing **Notice of Withdrawal of Counsel** was caused to be served on the following via CM/ECF:

Kevin W. Goldstein, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

Edward Seglias, Esq.
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhill & Furman, PC
1007 N. Orange Street
Suite 1130
Wilmington, DE 19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
P. O. Box 1675
Wilmington, DE 19899

                                                 */s/ Scott G. Wilcox*
                                                 Scott G. Wilcox (# 3882)