## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL TRAVELERS COMPANIES, INC. and DAISY CONSTRUCTION COMPANY, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-880-*** |
| WALPAR, INC., | : : | |
| Defendant. | : | |

## <u>ORDER</u>

At Wilmington this **30th** day of **April, 2007,**

IT IS ORDERED that a continued mediation session is scheduled for **Wednesday, June 6, 2007 to begin at 12:30 p.m.** Counsel and representatives of the parties are expected to attend. Prior to that session, the parties will exchange their mediation statements, including exhibits, but are allowed to eliminate portions addressing strategy as confidential. Counsel will also discuss additional documents to be exchanged that would make further mediation productive. The parties may supplement their mediation statements by providing the Magistrate Judge with copies of additional exhibits on or before **Tuesday, May 29, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE